IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 MAY 17 PM 4:45

ROBERT ~ TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

WILLIAM S. PRIDDY,    )
                      )
        Plaintiff,    )
                      )
vs.                   )   Civ. No. 03-2664-D/P
                      )
FEDERAL EXPRESS CORPORATION, )
et al.,               )
                      )
        Defendants.

## AMENDED SCHEDULING ORDER

On May 16, 2005, the court held a telephonic conference with counsel of record regarding the status of the case and the current scheduling order. For good cause shown, the scheduling order is amended as follows:

**COMPLETING ALL DISCOVERY:** June 17, 2005

**FILING DISPOSITIVE MOTIONS:** July 29, 2005

The dates previously set for the proposed joint pretrial order, pretrial conference, and jury trial, shall remain the same.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

5/17/05
Date

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-18-05       (33)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:03-CV-02664 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

James W. Hodges
HODGES & HODGES
5100 Poplar Avenue
Ste. 610
Memphis, TN 38137

Gregory D. Cotton
COTTON LAW FIRM
6263 Poplar Avenue
Ste. 1032
Memphis, TN 38119

Christopher J. Yost
FEDEX CORPORATION- Hacks Cross
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Richard S. McConnell
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Honorable Bernice Donald
US DISTRICT COURT