IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 21 PM 5:22

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| WILLIAM S. PRIDDY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civ. No. <u>03-2664-D/P</u> |
| | ) | |
| FEDERAL EXPRESS CORP., et al., | ) | |
| | ) | |
| Defendants. | ) | |

---

### ORDER DENYING AS MOOT MOVANT'S MOTION TO QUASH DEPOSITION SUBPOENA FOR SHANNON BROWN - A NON-PARTY

---

Presently before the court is Movant's Motion to Quash Deposition Subpoena for Shannon Brown - A Non-Party, filed on June 17, 2005 (dkt. #40). By letter dated June 20, 2005, movant's attorney informed the court that the issue has been resolved. On that basis, the motion is DENIED as MOOT.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

June 21, 2005
Date

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-22-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 2:03-CV-02664 was distributed by fax, mail, or direct printing on June 22, 2005 to the parties listed.

---

Mary Helen Beard
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Richard S. McConnell
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

James W. Hodges
HODGES & HODGES
5100 Poplar Avenue
Ste. 610
Memphis, TN 38137

James R. Mulroy
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Gregory D. Cotton
COTTON LAW FIRM
6263 Poplar Avenue
Ste. 1032
Memphis, TN 38119

Christopher J. Yost
FEDEX CORPORATION- Hacks Cross
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Honorable Bernice Donald
US DISTRICT COURT