FILED BY _____ D.C.

05 OCT 19  AM 7: 03

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

WILLIAM S. PRIDDY,                        )
                                          )
    Plaintiff,                        )          Case No.: 03-2664 D
                                          )
v.                                        )
                                          )
FEDERAL EXPRESS CORPORATION               )
AND DONNA NOEL, Individually And          )
As Agent for FEDERAL EXPRESS CORPORATION, )
                                          )
    Defendants.                       )

---

### ORDER REGARDING MOTION TO STRIKE . . . (DOCKET #47)

---

Before the Court is the Plaintiff's motion to strike as untimely Defendants' August 31, 2005 motion for summary judgment. Upon review of the motion and response, it appears that Defendants' late filing was due to inadvertence, rather than wilful disregard of the Court's rules. The Court finds that cause does not exist to strike the motion.

Accordingly, Plaintiff's motion to strike . . . is DENIED. Plaintiff is ordered to file a response to the summary judgment motion within 30 days or on or before November 23, 2005.

**IT IS SO ORDERED** this _18th_ day of _October_, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _10/19/05_

(49)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 49 in case 2:03-CV-02664 was distributed by fax, mail, or direct printing on October 19, 2005 to the parties listed.

---

James R. Mulroy
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Christopher J. Yost
FEDEX CORPORATION- Hacks Cross
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

James R. Mulroy
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Richard S. McConnell
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

James W. Hodges
HODGES & HODGES
5100 Poplar Avenue
Ste. 610
Memphis, TN 38137

Gregory D. Cotton
COTTON LAW FIRM
6263 Poplar Avenue
Ste. 1032
Memphis, TN 38119

Mary Helen Beard
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Richard S. McConnell
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

James W. Hodges
HODGES & HODGES
5100 Poplar Avenue
Ste. 610
Memphis, TN 38137

Gregory D. Cotton
COTTON LAW FIRM
6263 Poplar Avenue
Ste. 1032
Memphis, TN 38119

Mary Helen Beard
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Christopher J. Yost
FEDEX CORPORATION- Hacks Cross
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Honorable Bernice Donald
US DISTRICT COURT