**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

FILED BY _____ _____ D.C.

05 DEC 12 AM 7: 33

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| WILLIAM S. PRIDDY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 03-CV-2664-D |
| | ) | |
| FEDERAL EXPRESS CORPORATION, | ) | |
| and DONNA NOEL, INDIVIDUALLY | ) | |
| AND AS AGENT FOR FEDERAL | ) | |
| EXPRESS CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

---

**ORDER GRANTING DEFENDANTS' MOTION FOR
PERMISSION TO REPLY TO PLAINTIFF'S RESPONSE TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

---

Based on Defendants' Motion for Permission to Reply to Plaintiff's Response to

Defendants' Motion for Summary Judgment and supporting Memorandum, the entire

record in this cause, and for good cause shown, it is hereby

ORDERED, ADJUDGED AND DECREED that Defendants' Motion for

Permission to Reply to Plaintiff's Response to Defendants' Motion for Summary

Judgment is GRANTED, and the deadline for Defendants to submit such reply is

December 8, 2005.

The Honorable Bernice B. Donald
United States District Court Judge

12 - 9 - 2005

Date

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____



## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing pleading was served by (✓) U.S. Mail, first-class postage prepaid; ( ) fax; ( ) FedEx delivery and/or ( ) hand delivery, on the 21st day of November, 2005, addressed to the following:

Gregory D. Cotton, Esq.
Attorney for Plaintiff
6263 Poplar Avenue, Suite 1032
Memphis, TN  38119

James W. Hodges, Jr., Esq.
Attorney for Plaintiff
5100 Poplar Avenue, Suite 610
Memphis, TN  38137

MARY H. BEARD

582116

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 58 in case 2:03-CV-02664 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

Richard S. McConnell
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Mary Helen Beard
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

James W. Hodges
HODGES & HODGES
5100 Poplar Avenue
Ste. 610
Memphis, TN 38137

Christopher J. Yost
FEDEX CORPORATION- Hacks Cross
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

James R. Mulroy
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Gregory D. Cotton
COTTON LAW FIRM
6263 Poplar Avenue
Ste. 1032
Memphis, TN 38119

Honorable Bernice Donald
US DISTRICT COURT