FILED BY _____ /s/ _____ D.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 DEC 29 AM 7:27

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| **WILLIAM S. PRIDDY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 03-CV-2664-D |
| ) | |
| **FEDERAL EXPRESS CORPORATION,** ) | |
| **and DONNA NOEL, INDIVIDUALLY** ) | |
| **AND AS AGENT FOR FEDERAL** ) | |
| **EXPRESS CORPORATION,** ) | |
| ) | |
| **Defendants.** | |

## ORDER DENYING PLAINTIFF'S MOTION FOR JUDICIAL SETTLEMENT CONFERENCE

Based on Plaintiff's Motion for Judicial Settlement Conference and Defendants' Federal Express Corporation and Donna Noel Response thereto, the entire record in this cause, and for good cause shown, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion for Judicial Settlement Conference is DENIED.

_____
UNITED STATES DISTRICT JUDGE

12-23-2005
Date

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 60 in case 2:03-CV-02664 was distributed by fax, mail, or direct printing on December 29, 2005 to the parties listed.

---

Christopher J. Yost
FEDEX CORPORATION- Hacks Cross
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

James R. Mulroy
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Richard S. McConnell
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

James W. Hodges
HODGES & HODGES
5100 Poplar Avenue
Ste. 610
Memphis, TN 38137

Gregory D. Cotton
COTTON LAW FIRM
6263 Poplar Avenue
Ste. 1032
Memphis, TN 38119

Mary Helen Beard
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Honorable Bernice Donald
US DISTRICT COURT